## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   25-cr-233-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS FERNANDO URIBE-TORREALBA,
   a/k/a "Luis Fernando Oribe-Torreala," and
2. LUIS ALEJANDRO HENRIQUEZ-CHARAIMA

    Defendants.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From a time unknown but not later than on or about March 27, 2025, to on or about July 30, 2025, in the State and District of Colorado, the defendants, LUIS FERNANDO URIBE-TORREALBA, a/k/a "Luis Fernando Oribe-Torreala," LUIS ALEJANDRO HENRIQUEZ-CHARAIMA, and others known and unknown to the grand jury, did conspire interdependently to ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm to a recipient, in or otherwise affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

### COUNT 2

From a time unknown, but not later than on or about April 9, 2025, through on or about

July 30, 2025, in the State and District of Colorado and elsewhere, the defendants, LUIS FERNANDO URIBE-TORREALBA, a/k/a "Luis Fernando Oribe-Torreala," LUIS ALEJANDRO HENRIQUEZ-CHARAIMA, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute "Tusi," a mixture and substance containing among other substances a detectable amount of ketamine, a Schedule III controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(E).

All in violation of Title 21, United States Code, Section 846.

## COUNT 3

On or about July 6, 2024, in the State and District of Colorado the defendant LUIS FERNANDO URIBE-TORREALBA, with the intent to cause death and serious bodily harm, took a motor vehicle, a red Dodge Charger bearing Colorado License Plate CYPK45 that had been transported, shipped, and received in interstate commerce from a victim ("ADV") by force, violence, and intimidation, resulting in serious bodily, multiple lacerations to the head, that caused extreme physical pain to ADV, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2119(2) and 2.

## COUNT 4

On or about July 6, 2024, in the State and District of Colorado, the defendant LUIS FERNANDO URIBE-TORREALBA, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Carjacking, as set forth in Count 3 above, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 5

From a time unknown but not later than on or about April 16, 2025, through on or about May 15, 2025, in the State and District of Colorado and elsewhere, the defendant, LUIS ALEJANDRO HENRIQUEZ-CHARAIMA, and others both known and unknown to the Grand Jury, used and caused another to use a facility of interstate commerce with the intent that the murder of two persons be committed in violation of the laws of the State of Colorado and the United States, as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, to wit: United States Currency; and conspired with interdependence to do the same.

All in violation of Title 18, United States Code, Section 1958(a).

## COUNT 6

From on or about June 30, 2025, through on or about July 30, 2025, in the State and District of Colorado and elsewhere, the defendant, LUIS ALEJANDRO HENRIQUEZ-CHARAIMA, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree, with interdependence, to distribute 400 grams and more of a mixture and substance containing N-phenyl-N-[1-(2-phenylethyl-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

1.  The allegations contained in Counts 1 through 6 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the

provisions of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation(s) alleged in Counts 1 and 6 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to the following:

(1) A Ruger, model Ranch Rifle, .223 caliber rifle, bearing serial number 582-26752;

(2) A Sig Sauer, model P320, 9mm caliber pistol, bearing serial number 58A086337

(3) A Ruger, model SR22, .22LR caliber pistol, bearing serial number 36566885;

(4) A Highpoint, model YC9, 9mm caliber pistol, bearing serial number YC004475;

(5) A Remington, model 783, .308 caliber rifle, bearing serial number RA67467B;

(6) An STS Arms, model ST-4, multi-caliber rifle, bearing serial number 0508;

(7) A Sig Sauer, model P365, 9mm caliber pistol, bearing serial number 66F706087;

(8) An SCCY, model CPX-2, 9mm caliber pistol, bearing S/N: C229415;

(9) A Jimenez Arms, model J.A. Nine, 9mm caliber pistol, bearing serial number 324487;

(10) A Taurus, model G3C, 9mm caliber pistol, bearing serial number ABD475627;

(11) An SCCY, model CPX-2, 9mm caliber pistol, bearing serial number 376895;

(12) A Smith and Wesson, model SW40F, .40 caliber pistol, bearing serial number PAZ4969; and

(13) all recovered ammunition.

3. Upon conviction of the violation(s) alleged in Count 2 and 6 of the Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of such offense.

4

4. If any of the property described in paragraphs 2 and 3 above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

PETER MCNEILLY
United States Attorney

By: *s/ E. Garreth Winstead*
E. GARRETH WINSTEAD
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Garreth.Winstead@usdoj.gov